IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

> **Motion GRANTED for extension of discovery to 10/31/11.**

MARGARET SUE DAVIS, )
)
    Plaintiff, ) Case No. 3:10-cv-0986
)
v. ) Judge Trauger
)
MCDONALD'S CORPORATION, and ) Magistrate Judge Knowles
EM-CAR ENTERPRISES D/B/A )
MCDONALD'S OF GALLATIN )
) JURY DEMAND
    Defendant. )

## JOINT MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES

Plaintiff, **Margaret Sue Davis**, ("Plaintiff") and Defendant, **EM-CAR Enterprises d/b/a McDonald's**, ("Defendant"), by and through counsel as evidenced by signatures below, together move this Court for an Order granting an extension to the current discovery deadline. Specifically, the parties request that the discovery deadline be extended from **Wednesday, September 30, 2011**, [Docket Entry 15] until **Monday, October 31, 2011**.

In support of this Motion, the Parties state they have fully cooperated with one another in an attempt to complete discovery by the current deadline, but were unable to do so due to conflicting schedules of both counsel and the parties. The parties are currently working together to schedule all remaining depositions in this case.

    Respectfully submitted,

    **KELLY, KELLY & ALLMAN**

    /s/ Andy L. Allman
    Andy L. Allman, BPR No. 17857
    629 East Main Street
    Hendersonville, Tennessee 37075
    Telephone: (615) 824-3703
    Facsimile: (615) 824-2674
    andylallman@comcast.net

    *Counsel for Plaintiff*